Global Client Solutions LLC  
4343 S. 118th E. Ave, Suite 220  
Tulsa, OK 74146

# Global Client Solutions LLC

RETURN SERVICE REQUESTED

March 24, 2020

Daryl Canfieldjr

## ACCOUNT ACTIVITY STATEMENT (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|---|---|---|---|---|
| 06/12/2019 | Activation Fee - 06/10/19 | Deposit ✓ | $510.31 | $510.31 |
| 06/12/2019 | Monthly Service Charge - 05/19 | Transaction Fee | -$10.95 | $499.36 |
| 06/12/2019 | Retainer Fee - 06/10/19 | Customer Fee | -$150.00 | $349.36 |
| 06/12/2019 | Admin Fee - 06/10/19 | Customer Fee | -$89.00 | $260.36 |
| 06/12/2019 | Service Fee - 06/10/19 | Customer Fee | -$244.94 | $15.42 |
| 07/01/2019 | Monthly Service Charge - 06/19 | Transaction Fee | -$10.95 | $4.47 |
| 07/12/2019 | Activation Fee - 07/10/19 | Deposit ✓ | $510.31 | $514.78 |
| 07/12/2019 | Retainer Fee - 07/10/19 | Customer Fee | -$150.00 | $364.78 |
| 07/12/2019 | Admin Fee - 07/10/19 | Customer Fee | -$89.00 | $275.78 |
| 07/12/2019 | Service Fee - 07/10/19 | Customer Fee | -$244.94 | $30.84 |
| 08/01/2019 | Monthly Service Charge - 07/19 | Transaction Fee | -$10.95 | $19.89 |
| 08/14/2019 | Monthly Draft - 08/10/19 | Deposit ✓ | $510.31 | $530.20 |
| 08/16/2019 | Retainer Fee - 08/16/19 | Customer Fee | -$100.00 | $430.20 |
| 08/16/2019 | Admin Fee - 08/16/19 | Customer Fee | -$89.00 | $341.20 |
| 08/16/2019 | Service Fee - 08/16/19 | Customer Fee | -$244.94 | $96.26 |
| 09/03/2019 | Monthly Service Charge - 08/19 | Transaction Fee | -$10.95 | $85.31 |
| 09/12/2019 | Monthly Draft - 09/10/19 | Deposit ✓ | $519.71 | $605.02 |
| 09/16/2019 | Retainer Fee - 09/16/19 | Customer Fee | -$99.17 | $505.85 |
| 09/16/2019 | Admin Fee - 09/16/19 | Customer Fee | -$89.00 | $416.85 |
| 09/16/2019 | Service Fee - 09/16/19 | Customer Fee | -$251.36 | $165.49 |
| 10/01/2019 | Monthly Service Charge - 09/19 | Transaction Fee | -$10.95 | $154.54 |
| 10/15/2019 | Monthly Draft - 10/10/19 | Deposit ✓ | $519.71 | $674.25 |
| 10/17/2019 | Retainer Fee - 10/17/19 | Customer Fee | -$99.17 | $575.08 |
| 10/17/2019 | Admin Fee - 10/17/19 | Customer Fee | -$89.00 | $486.08 |
| 10/17/2019 | Service Fee - 10/17/19 | Customer Fee | -$251.36 | $234.72 |
| 11/01/2019 | Monthly Service Charge - 10/19 | Transaction Fee | -$10.95 | $223.77 |
| 11/14/2019 | Monthly Draft - 11/10/19 | Deposit ✓ | $519.71 | $743.48 |
| 11/20/2019 | Retainer Fee - 11/20/19 | Customer Fee | -$99.17 | $644.31 |
| 11/20/2019 | Admin Fee - 11/20/19 | Customer Fee | -$89.00 | $555.31 |
| 11/20/2019 | Service Fee - 11/20/19 | Customer Fee | -$251.36 | $303.95 |
| 12/02/2019 | Monthly Service Charge - 11/19 | Transaction Fee | -$10.95 | $293.00 |
| 12/12/2019 | Monthly Draft - 12/10/19 | Deposit ✓ | $519.71 | $812.71 |
| 12/16/2019 | Retainer Fee - 12/16/19 | Customer Fee | -$99.17 | $713.54 |

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| 12/16/2019 | Admin Fee - 12/16/19 | Customer Fee | -$89.00 | $624.54 |
| 12/16/2019 | Service Fee - 12/16/19 | Customer Fee | -$251.36 | $373.18 |
| 01/02/2020 | Monthly Service Charge - 12/19 | Transaction Fee | -$10.95 | $362.23 |
| 01/14/2020 | Monthly Draft - 01/10/20 | Deposit ✓ | $519.71 | $881.94 |
| 01/16/2020 | Retainer Fee - 01/16/20 | Customer Fee | -$99.17 | $782.77 |
| 01/16/2020 | Admin Fee - 01/16/20 | Customer Fee | -$89.00 | $693.77 |
| 01/16/2020 | Service Fee - 01/16/20 | Customer Fee | -$251.36 | $442.41 |
| 02/03/2020 | Monthly Service Charge - 01/20 | Transaction Fee | -$10.95 | $431.46 |
| 02/12/2020 | Monthly Draft - 02/10/20 | Deposit ✓ | $519.71 | $951.17 |
| 02/14/2020 | Retainer Fee - 02/14/20 | Customer Fee | -$99.17 | $852.00 |
| 02/14/2020 | Admin Fee - 02/14/20 | Customer Fee | -$89.00 | $763.00 |
| 02/14/2020 | Service Fee - 02/14/20 | Customer Fee | -$251.36 | $511.64 |
| 03/02/2020 | Monthly Service Charge - 02/20 | Transaction Fee | -$10.95 | $500.69 |
| 03/03/2020 | Withdrawal | Withdrawal | -$500.69 | $0.00 |

Account Inquiries (800) 398-7191

**Correspondence Address**
4343 S. 118th E. Ave, Suite 220 Tulsa, OK 74146

**Payment Address**
PO Box 690870 Tulsa, OK 74169-0870

If you have any questions or need assistance you may contact us at the phone number referenced above or by email, customersupport@globalclientsolutions.com. Please note that the above account balance may not be the actual balance of your account due to pending transactions not yet processed.