*8022*

0408733362

Global Client Solutions, LLC Custodian
4343 S. 118th E. Ave, Ste 220
Tulsa OK 74146

9423 1 MB 0.436 *0009656 S1
DARYL CANFIELDJR

**Account Name:** FBO Daryl Canfieldjr

Account Number:
0

Name:
Global Client Solutions, LLC Custodian
FBO Daryl Canfieldjr
4343 S. 118th E. Ave, Ste 220
Tulsa, OK 74146

Questions: (877) 503-8236

Date: 3/3/2020
Total: $500.69